# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

---

CASE NO.: 113mj 018

UNITED STATES OF AMERICA

V.

Donald Bowers

DATE: 06/18/2013

TIMES: 3:12pm - 4:09pm
       4:25pm - 4:47pm

---

Honorable: Brian L. Epps, United States Magistrate Judge

Court Reporter: FTR

Probation Officer: Lori Mitchell

Courtroom Deputy: Lisa Widener

Interpreter:

Security: Ben Ferraro

---

Attorney for Government: David Stewart

Attorney for Defendant(s): Alex Brown

---

PROCEEDINGS: INITIAL APPEARANCE/REMOVAL HEARING

- [x] All parties present and ready to proceed
- [ ] Interpreter is sworn
- [x] Defendant advised of charges and penalties
- [x] Defendant advised of rights
- [x] Identity Hearing Waived
- [ ] Preliminary Hearing Waived
- [ ] Request Preliminary Hearing in District of Offense
- [x] Government moves for detention
- [x] Detention Hearing held

Witness for the Govt:       [ ] Witness sworn

Witness for the Deft:       [ ] Witness sworn

- [x] Defendant Detained Pending Transfer to District of Offense
- [x] Defendant remanded to custody of US Marshal

Court orders def to pay $800 towards CJA attorney costs. ($400 due 7/1/2013 · $400 due 8/1/2013) If costs do not exceed $800 balance will be returned to def.