UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JUN 26  A 10: 43

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                            ) | Case No. 1:13-MJ-018 |
| ) | |
| DONALD BOWERS                    ) | |

## MOTION TO UNSEAL CASE

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and requests an order unsealing the above-captioned case. In support of this motion, the government notes that this case is part a case originating in the District of Utah, <u>United States v. Bowers, et al.</u>, which has already been unsealed by the District of Utah. (<u>See</u> Doc. 6 in 2:13-CR-00413.) Furthermore, the documents from this case are already publicly available in that District of Utah case. (<u>See</u> Doc. 9 in 2:13-CR-00413.)

Respectfully submitted, this 26th day of June, 2013.

EDWARD J. TARVER
UNITED STATES ATTORNEY

/s/ David M. Stewart
David M. Stewart
Assistant United States Attorney
P.O. Box 2017
Augusta, GA 30903
(706) 724-0517 phone
(706) 724-7728 facsimile